UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESH PACKING CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERTO P. GUICHO d/b/a GUICHO'S PRODUCE and GUICHO'S PRODUCE, INC.,<br><br>          Defendants. | Case No. 15-CV-01551-LHK<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a joint case management statement seven (7) days in advance of the initial case management conference set for July 29, 2015, at 2:00 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The Court hereby ORDERS the parties to file one joint case management statement by Tuesday, July 28, 2015, at noon.

**IT IS SO ORDERED**.

Dated: July 25, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No. 15-CV-01551-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT