UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FRESH PACKING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO P. GUICHO d/b/a GUICHO'S PRODUCE and GUICHO'S PRODUCE, INC.,<br><br>Defendants. | Case No. 15-CV-01551-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Eric T. Hartnett
Defendants' Attorney(s): No appearance

An initial case management conference was held on July 29, 2015. A further case management conference is set for November 4, 2015, at 2:00 p.m. The parties shall file their joint case management statement by October 28, 2015.

The Court declined to enter a stay based on Plaintiff's representation that Roberto P. Guicho, Jr., who filed a notice of Chapter 7 bankruptcy, *see* ECF No. 12, is not a defendant in this action. Plaintiff alleges that Roberto P. Guicho, Sr. is the defendant named in this action.

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No. 15-CV-01551-LHK
CASE MANAGEMENT ORDER