UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| FRESH PACKING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO P. GUICHO, et al.,<br><br>Defendants. | Case No. 15-CV-01551-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for November 4, 2015, at 2:00 p.m.  *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, November 2, 2015.  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated:  October 29, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 15-CV-01551-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT