UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESH PACKING CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERTO P. GUICHO, et al.,<br><br>    Defendants. | Case No. 15-CV-01551-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney(s):  Eric Hartnett
Defendant's Attorney:  No appearance

    A case management conference was held on November 4, 2015.  A further case management conference is set for February 10, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by February 3, 2016.

    Plaintiff Fresh Packing Corporation ("Plaintiff") shall remove attorney Ryan Adams from pleadings and future filings, if Ryan Adams does not intend to apply for pro hac vice admission.

    Plaintiff represented that, should the Court grant the pending motion to amend the caption, Plaintiff will promptly move to set aside the default entered against Roberto P. Guicho on July 28, 2015.  Plaintiff further represented that, once the July 28, 2015 default is set aside, Plaintiff will promptly move for entry of default against Roberto P. Guicho, Sr., and then entry of default judgment against all defendants.

1

Case No. 15-CV-01551-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated:  November 4, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-01551-LHK
CASE MANAGEMENT ORDER