1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FRESH PACKING CORPORATION,

Plaintiff,

v.

ROBERTO P. GUICHO, SR., et al.,

Defendants.

Case No. 15-CV-01551-LHK

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE**

On February 2, 2016, Plaintiff Fresh Packing Corporation filed a motion for entry of default against Defendant Roberto P. Guicho, Sr.  ECF No. 32.  Default was entered against the other defendant in the case, Guicho's Produce, Inc., on July 27, 2015.  ECF No. 16.  If default is entered against Roberto P. Guicho, Sr., Plaintiff shall file a motion for default judgment within fourteen (14) days of the entry of default.  The Court hereby CONTINUES the case management conference set for February 10, 2016 to March 23, 2016, at 2:00 p.m.  Seven days prior to the next case management conference, the parties are required to file an updated Case Management Statement, pursuant to Civil Local Rule 16-10(d).

Case No. 15-CV-01551-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE

**IT IS SO ORDERED.**

Dated:  February 8, 2016

_____
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

Case No. 15-CV-01551-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE